James A. STEWART, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 03–7023.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 5, 2003.

Before LOURIE, CLEVENGER, and RADER, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

SCHOLLE CORPORATION, Plaintiff–Appellant,

v.

PACKAGING SYSTEMS, LLC, Defendant–Appellee.

No. 02–1438.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 5, 2003.

Before BRYSON, DYK, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36